# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE LUNA SANCHEZ,<br><br>  Plaintiff,<br><br>vs.<br><br>AMERICAN HONDA MOTOR CO., INC., a California Corporation, and DOES 1 through 10, inclusive,<br><br>  Defendant. | Case No. 2:22-cv-04728-PA-PD<br><br>Assigned to: Judge Percy Anderson<br>Courtroom 9A<br><br>**JUDGMENT** |

Judgment is entered as follows:

WHEREAS on June 16, 2023, Plaintiff Jose Luna Sanchez ("Plaintiff") accepted Defendant American Honda Motor Co., Inc.'s ("Defendant") offer of judgment pursuant to Fed.R.Civ.P 68.

IT IS ADJUDGED AND DECREED THAT Plaintiff shall have judgment in the sum of $65,000;

WHEREAS Defendant will pay $65,000.00 to Plaintiff and will allow the Court to determine, pursuant to noticed motion, the amount of attorneys' fees, expenses and costs to which Plaintiff is entitled under 15 U.S.C. §2310(d)(2)

1  WHEREAS within 30 days of service of acceptance of this offer, Plaintiff
2  shall provide to Defendant the necessary documents to process settlement.
3  WHEREAS within 45 days of provision of the necessary documents to
4  process settlement, Plaintiff shall return the subject vehicle to Defendant on a
5  mutually agreeable date to a mutual agreeable Honda-authorized dealership.

**IT IS SO ORDERED.**

DATED: July 5, 2023

_____
Percy Anderson
United States District Judge